# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3082

_____

TAVARES SPELLMAN-FOLMAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

May 25, 2018

PER CURIAM.

We affirm appellant's convictions and sentences, but remand for correction of a scrivener's error in the written judgment. Appellant pleaded guilty to all five counts charged in the information, and the trial court orally adjudicated him guilty of all five counts. Count five was included on the fourth page of the written judgment, but omitted from the first page. On remand, the lower tribunal shall enter a corrected written judgment that conforms to the court's oral pronouncement of guilt on all five counts. *See King v. State*, 201 So. 3d 206 (Fla. 1st DCA 2016) (affirming an *Anders* appeal but remanding for correction of scrivener's errors in the written judgment); *Washington v. State*, 37 So. 3d 376 (Fla. 1st DCA 2010) (same).

AFFIRMED and REMANDED with instructions.

WOLF, BILBREY, and KELSEY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

2